# Court of Appeals
# of the State of Georgia

ATLANTA,____May 19, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1623. MARCUS ANDERSON, SR. v. ROBYN A. CRITTENDEN, IN HER CAPACITY AS COMMISSIONER OF THE GEORGIA DEPARTMENT OF HUMAN SERVICES.**

The Georgia Department of Human Services, Division of Child Support Services, decided to increase Marcus Anderson's monthly child support arrears payment. The Department's agency reviewer affirmed the increase. Anderson appealed to the superior court, which likewise affirmed following a hearing. Anderson then appealed directly to this Court. We lack jurisdiction.

A party seeking to appeal a superior court order reviewing a decision of a state administrative agency must follow the discretionary appeal procedure in OCGA § 5-6-35.  See OCGA § 5-6-35 (a) (1);  *Simmons v. Georgia Bureau of Investigation*, 236 Ga. App. 59 (510 SE2d 618) (1999).  Moreover, appeals in domestic relations cases, including child support cases, must be brought in accordance with the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (2); *Fitzgerald v. Dept. of Human Resources*, 231 Ga. App. 129 (497 SE2d 659) (1998).

Anderson's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*____05/19/2016____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*